# HOPSTER'S LLC

## BALANCE SHEET

As of September 2, 2020

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1010 Operating Account - 4188 | 45,762.90 |
| 1011 Rockland Operational Account | 16,232.04 |
| 1020 Merchant Account - 4177 | -384,386.28 |
| 1021 Rockland Merchant Account | -8,331.01 |
| 1030 Payroll - 4176 | -61,508.21 |
| 1040 Hopster's Boston 2762 | -472.45 |
| 1050 Investment Act 0224 | -26.00 |
| 1098 ADP P/R Clearing | 88,098.40 |
| 1205 MS Loan AC | 0.00 |
| 2311 Rockland Payroll | 0.50 |
| Manager | 0.00 |
| **Total Bank Accounts** | **$ -304,630.11** |
| Accounts Receivable | |
| 1200 Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| 1100 Cash/Check in Transit | -62,615.12 |
| 1105 Credit Card in Transit | -154,981.84 |
| 1195 Misc Receivables | 0.00 |
| 1210 Employee Loan | 1,800.00 |
| 1300 Transfers | 0.00 |
| 1400 Inventory Asset | 49,608.94 |
| Uncategorized Asset | 24.95 |
| **Total Other Current Assets** | **$ -166,163.07** |
| **Total Current Assets** | **$ -470,793.18** |

# HOPSTER'S LLC

## BALANCE SHEET

As of September 2, 2020

| | TOTAL |
|---|---|
| **Fixed Assets** | |
| 1500 Vehicles | 224,274.32 |
| 1510 Furniture & Fixtures Newton | 61,799.61 |
| 1511 Brewing Equipment Newton | 654,512.26 |
| 1512 Office Equipment Newton | 6,254.24 |
| 1513 Restaurant & Kitchen Newton | 116,572.08 |
| 1514 Leasehold Improvements Newton | 204,732.87 |
| 1515 Startup Expenses Newton | 0.00 |
| 1520 Furniture & Fixtures Boston | 154,194.01 |
| 1521 Brew Equipment Boston | 290,275.21 |
| 1523 Restaurant & Kitchen Equip Boston | 304,724.70 |
| 1524 Leasehold Improvements Boston | 2,355,986.27 |
| 1525 Start Up Expenses Boston | 0.00 |
| 1600 ACCUMULATED DEPRECIATION | -1,091,924.99 |
| **Total Fixed Assets** | **$3,281,400.58** |
| **Other Assets** | |
| 1700 Loan Acquisition Costs | 23,791.36 |
| 1800 Security Deposit Newton | 3,500.00 |
| 1801 Security Deposit Boston | 34,994.00 |
| 1900 Due from Hopsters Alley | 1,297.50 |
| 1910 Due from Owner | 43,463.67 |
| 1990 Deferred Tax Asset | 271,488.00 |
| **Total Other Assets** | **$378,534.53** |
| **TOTAL ASSETS** | **$3,189,141.93** |

# HOPSTER'S LLC

## BALANCE SHEET

As of September 2, 2020

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable (A/P) | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards | |
| 2050 4856 (4856) | 0.00 |
| 2060 American Express | 192,372.85 |
| 2070 Chase Ink x7276 | 13,331.26 |
| 2071 Karen Visa Credit Card | 7,991.86 |
| 2072 Lee Visa Credit Card | 27,663.12 |
| **Total 2070 Chase Ink x7276** | **48,986.24** |
| **Total Credit Cards** | **$241,359.09** |
| Other Current Liabilities | |
| 2100 Payroll Liabiliity | 600.00 |
| 2110 PAYROLL LIABS | -166.38 |
| 2115 Accrued Payroll and Payroll Taxes | 62,053.90 |
| 2120 Federal & State Taxes | 0.00 |
| 2130 Pay by Pay Ins | 0.00 |
| 2150 Tips Collected Payable | -101,191.85 |
| **Total 2100 Payroll Liability** | **-38,704.33** |
| 2200 Accrued Expenses | 10,699.02 |
| 2300 Customer Event Deposits | 0.00 |
| 2500 Sales Tax Payable | -11,440.43 |
| 2525 Federal & State Beer Tax | -1,873.70 |
| 2550 Due for Fixed Assets | 0.00 |
| 2590 Gift Cards Payable | 16,768.26 |
| 2601 Business Loan Peoples Bank $526.86 | 0.00 |
| 2700 Auto Loan Citizens | 0.00 |
| 2702 Range Rover TD-Bank | 0.00 |
| 2710 Net Pay due to Coopers | -2,296.34 |
| 2720 Holding Account | 50,000.00 |
| 2730 Holding Account - 0848 | 25,501.83 |
| 2855 Loan from Karen Cooper | 41,520.98 |
| **Total Other Current Liabilities** | **$90,175.29** |
| **Total Current Liabilities** | **$331,534.38** |

## HOPSTER'S LLC

### BALANCE SHEET

As of September 2, 2020

| | TOTAL |
|---|---|
| Long-Term Liabilities | |
| 2600 Business Loan Peoples Bank $2,762 | 0.00 |
| 2602 Peoples Bk Loan $545.98 | 0.00 |
| 2610 On Deck LOC | 0.00 |
| 2650 Loan - Gretchen Wilson | 4,230.25 |
| 2701 Auto Loan Chase | 7,939.52 |
| 2703 Auto Loan TD Bank 2016 Land Rover | 65,595.76 |
| 2704 Notes Payable Van | 27,418.36 |
| 2705 6% Loan from Alley | -100.00 |
| 2706 Peoples 44615-00011 | 122,023.50 |
| 2850 Loan Payable Lee Cooper | 0.00 |
| 2900 SBA Loan | 166,364.34 |
| 2910 Peoples Loan - Seaport (6138-00014) | 506,667.00 |
| 2920 Loan from L. Cooper (5%) | 28,870.16 |
| 2930 Tenant Improvement Allowance - Boston | 506,912.00 |
| 2935 Deferred Lease Liability | 70,040.00 |
| 2999 Deferred Tax Liability | 79,901.00 |
| **Total Long-Term Liabilities** | **$1,585,861.89** |
| **Total Liabilities** | **$1,917,396.27** |
| Equity | |
| 3000 Opening Balance Equity | 0.00 |
| 3100 OWNER INVESTMENT | |
| 3110 Lee Cooper | 0.00 |
| **Total 3100 OWNER INVESTMENT** | **0.00** |
| 3120 Preferred A Series | 775,000.00 |
| 3150 Crowd Funding | 1,311,000.00 |
| 3151 Syndication Costs | -32,100.00 |
| 3152 Series A3 Units | 559,500.00 |
| 3200 OWNER DRAWS | 0.00 |
| 3210 Lee Cooper | 0.00 |
| **Total 3200 OWNER DRAWS** | **0.00** |
| 3999 Partners Capital | -1,279,021.72 |
| Series A4 Units | 388,911.00 |
| Net Income | -451,543.62 |
| **Total Equity** | **$1,271,745.66** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,189,141.93** |