```
                 UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF MASSACHUSETTS
```

In re:                                           CHAPTER 11
                                                 CASE NO. 20-11823
Hopster's LLC
Debtor,

          NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

     In accordance with Bankruptcy Rule 9010 and Local Rule 12 of this Court please enter the appearance of ALAN M. COHEN of the LAW OFFICES OF ALAN M. COHEN LLC, 550 Worcester Road, Framingham, Massachusetts 01702, as counsel to BREWHOUSE SOLUTIONS, LLC A/K/A BREWHOUSE SOLUTIONS. The undersigned hereby requests to receive copies of all notices, papers, and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegram, telex or otherwise, which affects the Debtor or the property of the Debtor filed by any party in the above-captioned case.

                                   BREWHOUSE SOLUTIONS, LLC
                                   A/K/A BREWHOUSE SOLUTIONS
                                   By its attorney,

Dated: September 15, 2020          /s/ Alan M. Cohen, Esquire
                                   Alan M. Cohen, Esquire (BBO # 088375)
                                   LAW OFFICES OF ALAN M. COHEN LLC
                                   550 Worcester Road
                                   Framingham, MA 01702
                                   (508) 620-6900
                                   acohen@collections-law.com

                        CERTIFICATE OF SERVICE

     I, Alan M. Cohen, Esquire, certify under the pains and penalties of perjury that on this September 15, 2020 a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS was served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing: Debtor's counsel, and Bankruptcy Trustee.

                                   /s/ Alan M. Cohen, Esquire
                                   Alan M. Cohen, Esquire