Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hopster's LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | **20-11823** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** P.O. Box 1270 Newark, NJ 07101 | | credit card | | | | $152,612.00 |
| **American Express** P.O. Box 1270 Newark, NJ 07101 | | business credit card | | | | $24,949.00 |
| **Ardagh Metal Beverage USA** P.O. Box 417913 Boston, MA 02241-7914 | | Beer can supplies | | | | $10,618.00 |
| **Best Buy** Attn: Credit Services P.O. Box 790441 Saint Louis, MO 63179 | | business credit card | | | | $19,469.00 |
| **Brewhouse Solutions LLC** P.O. Box 388 Henniker, NH 03242 | | Brew kettles and installation | | | | $15,533.00 |
| **Chase Credit Card Services** Cardmember Services P.O. Box 1423 Charlotte, NC 28201-1423 | | business credit card for supplies | | | | $34,889.00 |
| **Emmaculate Reflections** 5440 North State Road 7 Suite 223 Fort Lauderdale, FL 33319 | | Repairs and supplies | | | | $5,430.00 |
| **Eversource** P.O. Box 56007 Boston, MA 02205 | | Utility: electric bill | | | | $13,210.00 |

Debtor **Hopster's LLC**
Name

Case number *(if known)* **20-11823**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fleet Refrigeration & Air Conditioning** c/o Steven Srocynski Cohn & Dussi, LLC 68 Harrison Avenue, Suite 502 Boston, MA 02111 | | **vendor: HVAC repair & maintenance** | | | | $14,272.00 |
| **Frank Rounds Company** 65 York Avenue Randolph, MA 02368 | | **Repair and supplies** | | | | $5,515.00 |
| **Lewis Brisbois Bisgaard & Smith** One International Place Suite 350 Boston, MA 02110 | | **Outstanding legal bill/attorneys fees** | | | | $10,936.00 |
| **NFLSRE 51 Sleeper LLC** c/o Aaron Fenton, Esq. Mintz Levin One Financial Center Boston, MA 02111 | | **Boston Seaport location landlord (past due rent).** | Disputed | | | $245,000.00 |
| **On Deck** 1400 Broadway New York, NY 10018 | | **Term Loan** | | | | $73,926.00 |
| **Paytronix Systems, Inc.** 80 Bridge Street Newton, MA 02458 | | **customer loyalty program** | | | | $30,000.00 |
| **Prime Realty Trust 11** c/o Otis Realty Inc. 17 Main Street, Suite 201 Watertown, MA 02472 | | **Rent and use/occupancy for Newton location** | | | | $51,000.00 |
| **Rockland Trust Bank** 288 Union Street Rockland, MA 02370 | | **UCC lien upon assets of business. Potentially forgiveable** | | $372,815.00 | Unknown | $372,815.00 |
| **Rockland Trust Bank** 288 Union Street Rockland, MA 02370 | | **business credit card** | | | | $41,675.00 |
| **Sweder & Ross LLP** 28 State Street, Suite 802 Boston, MA 02109 | | **outstanding legal bill/attorneys fees** | | | | $9,277.00 |

Debtor **Hopster's LLC**
Name

Case number *(if known)* **20-11823**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sysco Boston LLC<br>99 Spring Street<br>Plympton, MA 02367** | | **Vendor: food services and supplies** | | | | $6,000.00 |
| **Sysco Boston LLC<br>99 Spring Street<br>Plympton, MA 02367** | | **Vendor: food services and supplies** | | | | $40,380.00 |