*Dated: 9/25/2020* — [signature: Janet E. Bostwick]

*Denied per Order #30.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re HOPSTER'S, LLC,<br><br>DEBTOR | IN PROCEEDINGS IN<br>CHAPTER 11<br>CASE NO. 20-11823-JEB |

**DEBTOR'S FIRST MOTION TO EXTEND TIME
TO COMPLY WITH ORDER TO UPDATE TO THURSDAY, SEPT. 24, 2020**

HOPSTER'S, LLC (the "**Debtor**" or "**Hopsters**"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case, hereby respectfully moves and requests this Honorable Court to permit Debtor an extension of time to comply with this Court's Order to Update [Order # 4: issued 9/03/2020] and file the "incomplete filings" up to and including Thursday, September 24, 2020.

Debtor respectfully represents as follows:

1. Debtor filed a voluntary petition under Chapter 11 of Title 11 of the U.S. Code (the "Bankruptcy Code") on September 3, 2020 (the "Petition Date").

2. This Court issued an Order to Update [Order #4: issued Sept. 3, 2020], ordering the Debtor to file certain documents, schedules, forms, and disclosures by September 17, 2020.

3. Debtor has provided, and filed, a Balance Sheet, Cash-Flow Statement; draft schedules, updated Balance Sheet, answers to the Statement of Financial Affairs, and titles/evidence of assets.  Debtor has updated counsel on these outstanding schedules, statements, and filings, in order to provide to the Office of the U.S. Trustee and file with the Court.

Case No. 20-11823; HOPSTER'S, LLC